# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEONTAE DAVION DEAN,                    )        Case No. CV 18-01476-SJO (JEM)
                                        )
                    Petitioner,         )
                                        )        ORDER ACCEPTING FINDINGS AND
          v.                            )        RECOMMENDATIONS OF UNITED
                                        )        STATES MAGISTRATE JUDGE
DEBBIE ASUNCION, Warden,                )
                                        )
                    Respondent.         )
_____)

        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the

records on file, and the Report and Recommendation of the United States Magistrate

Judge.  Petitioner has filed Objections, and the Court has engaged in a de novo review of

those portions of the Report and Recommendation to which Petitioner has objected.  The

Court accepts the findings and recommendations of the Magistrate Judge.

        IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2)

Judgment shall be entered dismissing the action with prejudice.


DATED:  July 11, 2019

                                            _____
                                                        S. JAMES OTERO
                                                UNITED STATES DISTRICT JUDGE